AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| PIZZA PACK LLC, An Oregon Limited Liability Company, <br><br> *Plaintiff(s)* <br><br> v. <br><br> WILLIAM J. CARTY, an individual, dba RedFive Creative and Marketing, <br><br> *Defendant(s)* | Civil Action No. 3:24-cv-01181-AN |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  William J. Carty
651 Freedom Way
Harleysville PA 19438

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Hitt Hiller Monfils Williams LLP
Attn: Stephen P. McCarthy
411 SW 2nd Ave., Ste. 400
Portland, OR 97204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN**, Clerk of Court

Date: 07/22/2024

By: s/G. Davis, Deputy Clerk